UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LA SIMPATIA SUPERMARKET CORP., and
MANUEL DIAZ,

                Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND CONSUMER
SERVICE,

                Defendant.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

**STIPULATION AND ORDER OF STAY OF DISQUALIFICATION**

07 Civ. 4813 (CM)

WHEREAS, Plaintiffs La Simpatia Supermarket Corp. and Manuel Diaz have applied for temporary relief enjoining defendant the United States Department of Agriculture, Food and Consumer Service from carrying out its determination to disqualify Plaintiffs from participating in the Food Stamp Program for a period of six months, effective June 8, 2007;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by their respective counsel, that the disqualification is stayed until August 10, 2007.

1

Dated: New York, New York
      June __, 2007

*[signature]*
PETER R. SHIPMAN, ESQ.
Codelia & Socorro, P.C.
Attorneys for Plaintiffs
1967 Turnbull Avenue, Suite 6
Bronx, New York 10473
Telephone: (718) 931-2575
Facsimile: (718) 931-1121

MICHAEL J. GARCIA
United States Attorney
Attorney for Defendants

Dated: New York, New York    By: *[signature]*
      June 7, 2007
MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-1945
Facsimile: (212) 637-2750

SO ORDERED.

Dated: New York, New York
      June 11, 2007

*[signature]*
Hon. Colleen McMahon
United States District Judge

2